Judgment in a Civil Case
=========================

United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeanine Jackson | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 18-CV-6297 |
| v. | |
| Quantem Aviation Services, LLC, Matheson Trucking, Inc., and Matheson Flight Extenders, Inc., | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the case is closed.


Date: June 26, 2019                                 MARY C. LOEWENGUTH
                                                    CLERK OF COURT

                                                    By: Barbara Keenan
                                                        Deputy Clerk