UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JEANINE JACKSON,

                    Plaintiff,

          v.

QUANTEM AVIATION SERVICES, LLC, MATHESON
TRUCKING, INC., AND MATHESON FLIGHT
EXTENDERS, INC.

                    Defendants.

**ORDER OF DISMISSAL
WITH PREJUDICE**

Civil Action No.
18-cv-06297-MAT

---

WHEREAS, Plaintiff Jeanine Jackson and Defendant Quantem Aviation Services, LLC

("Defendant Quantem") made a joint motion for approval of a settlement agreement to this Court

on February 13, 2019;

WHEREAS, the Court approved the settlement agreement as fair and reasonable;

WHEREAS, the Plaintiff and Defendant Quantem have executed the Agreement, as

approved by this Court;

WHEREAS, no Party hereto is an infant or an incompetent person;

IT IS HEREBY ORDERED as follows:

1.       Plaintiff's claims against Defendant Quantem are hereby dismissed in their

entirety with prejudice, in accordance with Federal Rules of Civil Procedure 41(a)(2). This

dismissal is without costs, attorneys' fees, penalties, expenses or disbursements to any Party as

against another, except to the extent that the settlement agreement expressly provides for the

payment of such amounts.

Dated:  July 11, 2019


EMPIRE JUSTICE CENTER

/s/  Peter O'Brian Dellinger
Peter O'Brian Dellinger, Esq.
1 West Main Street, Suite 200
Rochester, New York 14614
Telephone:  585-454-4060

*Attorneys for Plaintiff Jeanine Jackson*


SO ORDERED.

Dated: _July 15_, 2019

_____
Michael A. Telesca
United States District Judge